IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL CASE NO 1:04-CR-91(1) |
| VAUGHN ALLEN MONROE | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S COMPETENCY TO STAND TRIAL

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency. After considering the psychological examiners' findings, Judge Giblin filed his report and recommendation on defendant's competency to proceed. Judge Giblin concluded that the defendant is competent pursuant to 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings and recommendation. The Court **ORDERS** that the report and recommendation on defendant's competency to stand trial [Clerk's Doc. #320] is **ADOPTED**. The Court further **ORDERS** and **FINDS** that, in accordance with the magistrate judge's recommendation and the examiners' reports, defendant, Vaughn Allen Monroe, is competent to proceed pursuant to Title 18, United States Code, Section 4241.

**SIGNED** this the **27** day of **July, 2015.**

_____
Thad Heartfield
United States District Judge